UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-23622-PCH

MARKO HAMALII a/k/a MARKO ZNAK,

    *Petitioner*,

v.

MARKWAYNE MULLIN, *et al.*,

    *Respondents*.

_____/

## **ORDER**

THIS CAUSE is before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice **[ECF No. 13]** (the "Motion"). After careful review, it is

**ORDERED and ADJUDGED** that the Motion is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**, and all pending motions are **DENIED AS MOOT**. The Clerk is directed to **CANCEL** all pending hearings and **CLOSE** this case.

DONE and ORDERED in Miami, Florida, on July 7, 2026.

_____

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: all counsel of record